THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN DWYER, Appellant, *v.* FRANCIS V. GREENE, Police Commissioner of the Police Department of the City of New York, Respondent.

*People ex rel. Dwyer* v. *Greene,* 91 App. Div. 613, reversed.
(Argued October 5, 1904; decided October 25, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1904, which affirmed the proceedings of the defendant in removing the relator from the position of patrolman on the police force of the city of New York.

*John R. Halsey* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

·  Order of Appellate Division and the determination of the commissioner reversed and a new trial granted, costs to abide event, on the authority of *People ex rel. Shiels* v. *Greene* (179 N. Y. 195).

Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ.  Absent: GRAY and HAIGHT, JJ.